IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MARGARET SPEARS,                              )
                                              )
                        Plaintiff,            )
                                              )
v.                                            )          CIV-19-784-P
                                              )
ANDREW M. SAUL,                               )
    Acting Commissioner of Social             )
      Security Administration,                )
                                              )
                        Defendant.            )

## REPORT AND RECOMMENDATION

With her Complaint filed August 27, 2019, Plaintiff has filed an Application

to Proceed In District Court Without Prepaying Fees or Costs.    The matter has

been referred to the undersigned Magistrate Judge for initial proceedings consistent

with 28 U.S.C. §636(b)(1)(B).   Having reviewed said application and based on the

information provided by Plaintiff that she has net monetary resources of $2,330 per

month after all necessary expenses, the undersigned finds that Plaintiff has sufficient

financial resources to pay the filing fee.   Because she does not qualify for

authorization to proceed without prepayment of the filing fee, Plaintiff's application

should be denied, and she should be required to pay the full filing fee for this action

to proceed.

<u>RECOMMENDATION</u>

Based on the foregoing findings, it is recommended that the Application to Proceed In District Court Without Prepaying Fees or Costs be DENIED and the action be dismissed without prejudice unless Plaintiff pays the full filing fee to the Clerk of the Court by <u>September 16th</u>, 2019. Plaintiff is advised of her right to file an objection to this Report and Recommendation with the Clerk of this Court by <u>September 16th</u>, 2019, in accordance with 28 U.S.C. §636 and LCvR 72.1. The failure to timely object to this Report and Recommendation would waive appellate review of the recommended ruling. <u>Moore v. United States of America</u>, 950 F.2d 656 (10th Cir. 1991); cf. <u>Marshall v. Chater</u>, 75 F.3d 1421, 1426 (10th Cir. 1996) ("Issues raised for the first time in objections to the magistrate judge's recommendation are deemed waived.").

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in the captioned matter.

ENTERED this <u>27th</u> day of <u>August</u>, 2019.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE