IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARGARET SPEARS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-784-P |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on August 27, 2019. Judge Purcell recommends the denial of Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 because she has sufficient financial resources to pay the filing fee. Plaintiff has not timely objected but, instead, has moved for an extension of time to pay the full filing fee. Therefore, the Court finds that Plaintiff has affirmatively waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 3] is ADOPTED and that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Extension of Time to Pay Filing Fee [Doc. No. 5] is GRANTED. Plaintiff shall pay the $400.00 filing fee by September 23, 2019. This matter remains under referral to Judge Purcell for further action.

**IT IS SO ORDERED** this 18th day of September 2019.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge